UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDENIA DELUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | No. 1:20-cv-01358-DAD-HBK<br><br>ORDER GIVING EFFECT TO PARTIES'<br>STIPULATION AND REMANDING CASE<br>PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g)<br><br>(Doc. No. 18) |

On July 8, 2021, the parties filed a stipulation that this action be reversed and remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. (Doc. No. 18.) The parties agree that on remand, the Appeals Council will remand the case to an administrative law judge for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner. (*Id.* at 1.)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Appeals Council for further proceedings consistent with the terms of the parties'

/////

/////

/////

stipulation.  The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **July 13, 2021**

_____
UNITED STATES DISTRICT JUDGE